AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*June 21, 2024*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ronnie JANCZAK | ) | Case No. **4:24-mj-280** |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 14 - June 21, 2024 _____ in the county of _____ Montgomery _____ in the _____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 26 U.S.C. §§ 5861(d) and (e) | Possession of Receipt or Possession of a Machinegun |
| Title 26 U.S.C. §§ 5861(d) and (e) | Possession of Receipt or Possession of silencers |
| Title 18 U.S.C. § 933 | Trafficking in Firearms; |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Dominic Rosamilia
*Printed name and title*

Sworn to by telephone.

Date: _____ June 21, 2024 _____

_____
*Judge's signature*

City and state: _____ Houston, TX _____

Hon. Yvonne Y. Ho, U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN THE MATTER OF THE §
ARREST OF: §
Ronnie JANCZAK § **CASE NO.4:24-mj-280**
§
§

**<u>AFFIDAVIT IN SUPPORT OF APPLICATION</u>**

I, Dominic Rosamilia, Affiant, having been duly sworn, do hereby state the following:

**A. Introduction and Agent Background:**

1.  I am an investigative or law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, that is an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2.  I am a Special Agent (SA) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since April of 2009. I graduated from the Federal Law Enforcement Training Center and the ATF National Academy in Glynco, Georgia. I am presently a member of Houston Group II of the ATF. As a Special Agent of the ATF, my duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Titles 18 and 26 of the United States Code. I have received additional law enforcement training at Chesterfield County Police Department. I was employed by Chesterfield County Police for thirteen years. While at Chesterfield County Police Department I attained the rank of sergeant, and was assigned to investigations, vice

1

and narcotics, community policing, and patrol. I have instructed several topics throughout the state of Virginia to include Search and Seizure, and Basic Law. I have requested and executed over 100 search warrants. I am a graduate of the State University of New York at Buffalo with a bachelor degree in Health and Human Services.

3. My current assignment with Houston Group II, involves the investigation of individuals who traffic firearms, violent criminals, and criminal organizations such as street gangs and drug trafficking organizations. I have used cooperating informants, undercover agents, pen register/trap and trace devices, video surveillance, wiretaps, GPS tracking devices, and audio surveillance, among other law enforcement techniques, in the course of my career with ATF.

4. Wherefore, as a sworn officer your Affiant is authorized to investigate violations of laws of the United States, and is a law enforcement officer with the authority to execute warrants issued under the authority of the United States, this affidavit is made in support of an application for the arrest of Ronnie JANCZAK for violation of Title 18 U.S.C. § 933 – Trafficking in Firearms; Title 26 U.S.C. §§ 5861(d) and (e)– Possession of Receipt or Possession of a Machinegun ( Machinegun Conversion Device MCD); Title 26 U.S.C. §§ 5861(d) and (e)– Possession of an Unregistered Firearm, to wit a Silencer and Transfer of an Unregistered Firearm, to wit a Silencer.

5. The purpose of this application is to establish probable cause for the arrest Ronnie JANCZAK for violation of Title 26, United States Code, § 5861 Receipt or Possession of a Machinegun (MCD); Title 26 U.S.C. §§ 5861(d) and (e)– Possession of an Unregistered Firearm, to wit a Silencer and Transfer of an Unregistered Firearm, to wit a Silencer. As set forth herein, your Affiant states there is probable cause to believe that Ronnie

2

JANCZAK possessed Machineguns (MCD) and Silencers in violation of Title 26, United States Code, and engaged in trafficking firearms in violation of Title 18 U.S.C. § 933.

**B. Facts Supporting Probable Cause:**

1. A "MCD" is an independently manufactured and sold part which can be easily attached to any Glock handgun, thereby converting the semi-automatic handgun into a fully automatic machinegun. The "MCD" even if not installed on any Glock handgun, has been classified by the Bureau of Alcohol, Tobacco, Firearms and Explosives as a machinegun.

2. A "Silencer," as defined in Title 18 U.S.C. § 921(a)(25), is any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication. Additionally, a "Silencer" is a "Firearm" as defined in Title 26 U.S.C. § 5845(a)(7).

3. On May 14, 2024, an ATF UC met JANCZAK at The Woodlands Mall, in the Southern District of Texas. JANCZAK arrived in a Blue Ram 1500 bearing license plate number **SYH2906**, that is registered at 3342 Elmer Smith RD Groveton, TX 75845 within the Eastern District of Texas. JANCZAK removed two (2) suspected firearm silencers from the bed area of the truck. The UC subsequently purchased two (2) firearm silencers from JANCZAK for $1,000. JANCZAK told the UC he is willing to sell additional quantities of the suspected silencers to the UC and/or the UC's friends. JANCZAK told the UC he will only sell to people who are referred to him. JANCZAK told the UC that he has one of the suspected silencers attached to an "SBR" he owns. During the above-described

contact between the UC and JANCZAK, both in person and via Cell Phone, JANCZAK indicated that he receives approximately forty (40) phone calls related to individuals inquiring to purchase the suspected silencers every day.

4. On May 23, 2024, an ATF UC arranged to purchase six (6) silencers from Ronnie JANCZAK. ATF surveillance units observed JANCZAK arrive at the Woodlands Mall. JANCZAK was driving the same a Blue 2023 Ram 1500 Quad cab pickup truck registered to JANCZAK at 3342 Elmer Smith Rd Groveton, TX 75845. The ATF UC then successfully purchased six (6) silencers from JANCZAK. During the transaction JANCZAK stated that he has Machinegun conversion devices (MCD's). The UC told JANCZAK he could re-sell the suspected silencers he purchased from JANCZAK for a substantial profit. JANCZAK acknowledged and explained that he has multiple individuals that re-sell silencers they purchase from him in bulk for profit. The UC explained that he planned to re-sell the silencers to associates in California. JANCZAK acknowledged. JANCZAK described some of the people he sells silencers too, including a group of Game Wardens from Arkansas. JANCZAK estimated that this group of individuals has purchased silencers from him on at least three occasions.

5. On May 31, 2024, an ATF UC arranged to purchase silencers from JANCZAK. JANCZAK suggested to meet at Atwood's Ranch and Home Goods parking lot, located at 3061 S. John Redditt Dr., Lufkin, TX 75904. Agents monitored the GPS tracker and observed JANCZAK travel from 3342 Elmer Smith Road Groveton, Texas 75845 to Atwood's Ranch and Home Goods parking lot. The ATF UC was able to purchase fifteen (15) silencers and one (1) MCD from JANCZAK. During the transaction JANCZAK discussed the sale of MCDs, as well as having additional MCD's manufactured from an unknown 3rd

4

source.

6.  Between June 13, 2024, and June 21, 2024, an ATF UC arranged to purchase 100 silencers from JANCZAK for $48,000.  On June 21, 2024, JANCZAK arrived at Days Inn, 29007 Interstate 45 Spring, TX 77381 located in the Southern District.  The operation was audio and video recorded.  JANCZAK provided approximatley 100 suspected silencers to two ATF UCs, after which point he was arrested by other ATF Agents pre-positioned nearby, without incident.

**C.     Conclusion:**

1.  Based upon the forgoing information, Affiant believes probable cause exists that Ronnie JANCZAK committed acts in violation of Title 26, United States Code, § 5861 Receipt or Possession of a Machinegun (MCD) and engaged in trafficking firearms in violation of Title 18 U.S.C. § 933.  Affiant requests authorization to arrest Ronnie JANCZAK.

_____
ATF S/A Dominic P. Rosamilia

Sworn telephonically before me on this the 21st day of June, 2024, I find probable cause.

_____
HONORABLE YVONNE Y. HO
UNITED STATES MAGISTRATE JUDGE