United States Courts
Southern District of Texas
FILED

*July 16, 2024*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.** |
| | § | **4:24-cr-368** |
| **RONNIE JANCZAK,** | § | |
| | § | |
| **Defendant** | § | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

26 U.S.C. § 5861(d) – POSSESSION OF UNREGISTERED SILENCER

On or about May 14, 2024, in the Houston Division of the Southern District of Texas,

**RONNIE JANCZAK**

the defendant herein knowingly possessed a silencer that was not registered to him in the

National Firearms Registration and Transfer Record, to wit: a silencer is a combination of parts

designed and intended for use in diminishing the report of a portable firearm and is a firearm as

defined in 26 U.S.C., Section 5845(a)(7).

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**COUNT TWO**

26 U.S.C. § 5861(d) – POSSESSION OF UNREGISTERED SILENCER

On or about May 23, 2024, in the Houston Division of the Southern District of Texas,

**RONNIE JANCZAK**

the defendant herein knowingly possessed a silencer that was not registered to him in the

National Firearms Registration and Transfer Record, to wit: a silencer is a combination of parts

designed and intended for use in diminishing the report of a portable firearm and is a firearm as

defined in 26

U.S.C., Section 5845(a)(7).

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT THREE

<u>26 U.S.C. § 5861(d) – POSSESSION OF UNREGISTERED SILENCER</u>

On or about June 21, 2024, in the Houston Division of the Southern District of Texas,

**RONNIE JANCZAK**

the defendant herein, knowingly possessed a silencer that was not registered to him in the National Firearms Registration and Transfer Record, to wit: a silencer is a combination of parts designed and intended for use in diminishing the report of a portable firearm and is a firearm as defined in 26 U.S.C., Section 5845(a)(7).

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL:

Original Signature on File

FOREMAN OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney

BY: _____
Francisco J. Rodriguez
Assistant United States Attorney

2